IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

BELLA AGUSTIN
17102 Tom Fox Avenue
Poolesville, Maryland 20837

   *Plaintiff*,

v.

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
300 7th Street, SW
Washington, DC 20024

   *Defendant*

Please serve the Defendant through:

   Jeanette Richmond
   General Counsel's Office
   300 7th Street, SW
   Washington, DC 20024
   Defendant.

Case No.:

C-15-CV-24-005003

## COMPLAINT & DEMAND FOR TRIAL BY JURY

Plaintiff Bella Augustin ("Plaintiff"), by and through his undersigned attorneys, Noel Edward Warren, Esq., and Morgan & Morgan, P.A., files this Complaint and Demand for a Trial by Jury against the Defendant Washington Metropolitan Area Transit Authority ("WMATA"), and states as follows:

## THE PARTIES

1.   Plaintiff Bella Augustin ("Plaintiff") is a resident of Maryland and lives at 17102 Tom Fox Avenue, Poolesville, Maryland 20837.

2.   At all times relevant to this action, WMATA was a transit authority created by interstate compact among the District of Columbia, Maryland, and Virginia, providing public transit services in Maryland.

## JURISDICTION

3. This Court has jurisdiction over the parties and this action pursuant to § 6-102 and § 6-103 of the Maryland Code.

## VENUE

4. The Circuit Court for Montgomery County, Maryland is the correct venue pursuant to §6-201 and §6-202 of the Maryland Code.

## FACTUAL ALLEGATIONS

5. On or about November 28, 2023, Plaintiff was riding as a passenger on a WMATA bus in Rockville, Maryland, that was travelling south bound on Aspen Hill Road.

6. As the bus approached the vicinity of Aspen Hill library stop, the Plaintiff pressed that stop button to request that the bus stop at the next stop.

7. The driver stopped at the requested stop.

8. The Plaintiff was moving slowly because she was carrying two full bags of groceries and arrived at the front door of the bus just after the driver closed the door.

9. As the driver began to pull away from the stop, the Plaintiff told them that she needed to get off at the stop.

10. The driver responded by slamming on the brakes and bring the bus to a sudden and unexpected stop.

11. The sudden stop caused the Plaintiff to hid her head on a metal bar and to fall to the floor of the bus.

12. The bus driver refused to help the Plaintiff in any way in spite of her pleas for help and her obvious injuries.

13. Another passenger called 911 and the Plaintiff was transported by ambulance to a hospital by an area hospital where she was treated for a subdural hematoma and other significant injuries.

14. Defendant WMATA's driver caused the crash described above by, *inter alia*, failing to exercise reasonable care to avoid injuring the Plaintiff under the circumstances, failing to maintain proper control over their vehicle, failing to pay full time and attention to their driving, by operating her vehicle in an erratic and reckless manner, failing to operate the WMATA bus in accordance WMATA rules and procedures, and by failing to obey the laws and rules of the State of Maryland and of Montgomery County, Maryland.

15. The incident occurred through no fault of the Plaintiff, who acted reasonably and exercised due care at all relevant times.

16. As a direct and proximate result of the incident described above, Plaintiff suffered economic and non-economic damages, including bodily injuries and mental anguish.

## COUNT I

Vicarious Liability of WMATA

17. Plaintiff incorporates paragraphs 1-16 as if fully set forth herein.

18. At all times relevant hereto, Plaintiff acted carefully, reasonably, and prudently.

19. As set forth above, Defendant WMATA's driver caused the crash described above by, inter alia, failing to exercise reasonable care to avoid injuring the Plaintiff under the circumstances, failing to maintain proper control over their vehicle, failing to pay full time and attention to their driving, by operating her vehicle in an erratic and reckless manner, failing to operate the WMATA bus in accordance WMATA rules and procedures, and by failing to obey the laws and rules of the State of Maryland and of Montgomery County, Maryland.

20. The WMATA driver's negligence and recklessness caused the crash at issue and the injuries suffered by the Plaintiff as a result of the crash.

21. The WMATA bus driver was acting within the course and scope of their employment with WMATA at all times relevant to the incident described above.

22. Defendant WMATA is vicariously liable for the negligence of its employees that takes place within the course and scope of their employment.

23. Defendant WMATA is, therefore, vicariously liable for their driver's negligence and recklessness in causing the incident at issue herein and for the resulting injuries and damages suffered by the Plaintiff.

## DAMAGES

24. The WMATA driver's acts and omissions directly and proximately caused Plaintiff to suffer serious and permanent physical injuries and to experience great pain and suffering. The WMATA driver's negligence has further required Plaintiff to undergo medical treatment for which significant expenses were incurred and will continue to be incurred in the future. The WMATA driver's negligence has also caused the Plaintiff to suffer, and to continue to suffer, mental and emotional pain and suffering. The Plaintiff has further suffered lost income as a direct and proximate cause of WMATA driver's negligence.

17. The foregoing injuries, damages, and losses, and such other damages that may be proven at trial, were the result of the carelessness, recklessness, and negligence of the WMATA driver and were not, in any way, attributable to the Plaintiff, who at all times exercised due care and was not contributorily negligent.

**WHEREFORE**, Plaintiff, Bella Augustin, brings this action and claims compensatory damages and demands an amount greater than Seventy-Five Thousand Dollars ($75,000.00) from

Defendant WMATA, plus interest, costs of this suit, and such other and further relief as the Court may find appropriate.

Date : September 13, 2024

Respectfully submitted,

_____
Noel Edward Warren, Esq. (CPF #080107 )
Morgan & Morgan, P.A.
1901 Pennsylvania Avenue NW, Suite 300
Washington, DC 20006
(202) 869-93280
(202) 869-9378 (fax)
noel.warren@forthepeople.com
Counsel for Plaintiff

## JURY DEMAND

Plaintiff Demands a trial by jury as to all issues.

_____
Noel Edward Warren, Esq.

## CERTIFICATE AS REQUIRED BY MARYLAND RULE 20-201

I hereby certify that the foregoing does not contain any restricted information. I file this in accordance with Md. Rule 20-201(h).

_____
Noel Edward Warren, Esq.